McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSAN COOPER,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JO ANNE B. BARNHART,<br>　Commissioner of<br>　Social Security,<br><br>　　　　Defendant. | CIV-S-04-0609 KJM<br><br>STIPULATION AND ORDER SETTLING ATTORNEY'S FEES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT |

　　　　IT IS HEREBY STIPULATED by and between the parties through their undersigned counsel, subject to the approval of the Court, that counsel for plaintiff be awarded attorney's fees under the Equal Access to Justice Act (EAJA) in the amount of TWO THOUSAND NINETY TWO AND 50/100 DOLLARS ($2,092.50).  This amount represents compensation for legal services rendered on behalf of plaintiff by plaintiff's attorney in accordance with 28 U.S.C. § 2412(d).

This stipulation constitutes a compromise settlement of plaintiff's request for all fees and costs under the EAJA, and does not constitute an admission of liability on the part of defendant under the EAJA. Payment of the TWO THOUSAND NINETY TWO AND 50/100 DOLLARS ($2,092.50) in fees shall constitute a complete release from and bar to any and all claims plaintiff may have relating to EAJA fees and costs in connection with this action.

DATED: May 24, 2005  /s/ Jesse S. Kaplan
JESSE S. KAPLAN
Attorney at Law

Attorney for Plaintiff

DATED: May 24, 2005  McGREGOR W. SCOTT
United States Attorney

By: /s/ Bobbie J. Montoya
BOBBIE J. MONTOYA
Assistant U. S. Attorney

Attorneys for Defendant

OF COUNSEL

JANICE L. WALLI
Chief Counsel, Region IX

THEOPHOUS H. REAGANS
Assistant Regional Counsel

Social Security Administration

---

Re:  SUSAN COOPER v. JO ANNE B. BARNHART, Civ-s-04-0609 KJM, Stipulation and Order
Settling Attorney's Fees Pursuant to the Equal Access to Justice Act

_____oOo_____

**ORDER**

Upon stipulation of the parties, plaintiff in Civ-S-04-0609 KJM, <u>SUSAN COOPER v. Jo Anne B. Barnhart</u>, is hereby awarded attorney fees in the amount of $2,092.50, pursuant to the Equal Access to Justice Act.

**APPROVED AND SO ORDERED.**

**DATED:** May 25, 2005.

_____
UNITED STATES MAGISTRATE JUDGE